HARRY TRENERY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. CHARLES JOHNSON, *ET AL.*, DEFENDANTS-PETITION- ERS AND SOMERSET HOSPITAL, A CORPORATION, *ET AL.*, DEFENDANTS.

*Messrs. Burton, Quackenboss & Axelrod, Messrs. Shanley & Fisher, Mr. Thomas F. Campion, Messrs Schneider & Morgan* and *Mr. Robert J. C. McCoid* for the petitioners.

*Mr. Abraham I. Harkavy* and *Mr. Barry H. Evenchick* for the respondents.

January 28, 1969. Denied.